**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| HOPSTERS, LLC | ) | |
| | ) | |
| Plaintiff/Defendant-in-Counterclaim, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:17-cv-11846 |
| | ) | |
| MARLO MARKETING COMMUNICATIONS, INC. | ) | |
| | ) | |
| Defendant/Plaintiff-in-Counterclaim | ) | |

## HOPSTERS, LLC'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO THE COUNTERCLAIM

NOW COMES Plaintiff/Defendant-in-Counterclaim, Hopsters, LLC ("Hopsters") and, pursuant to Fed. R. Civ. P. 15(a)(2), hereby respectfully requests that this Honorable Court grant it leave to amend its Answer to Defendant/Plaintiff-in-Counterclaim, Marlo Marketing Communications, Inc.'s ("MMC") Counterclaim. As grounds for this Motion, Hopsters submits that the amendment is necessary to correct typographical errors in the Answer and to clarify Hopsters' response to specific paragraphs in MMC's Counterclaim (¶¶ 19, 40, 43, 44 and 45). Hopsters is not seeking to assert any additional claims or defenses or to add any parties. Hopsters submits that allowing it to amend its Answer will serve the interests of justice in this matter by ensuring the accuracy of its filings and better defining material factual issues. Further the parties have not conducted any discovery in this matter. Hopsters submits the accompanying Memorandum of Law to elaborate on these grounds.

WHEREFORE, Hopsters, LLC respectfully requests that this Honorable Court GRANT it leave to amend its Answer.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel hereby certify that they conferred and attempted in good faith to resolve or narrow the issues in this Motion with opposing counsel.

>
> Respectfully submitted,
> **HOPSTERS, LLC**
> By its attorneys,
>
>
>      /s/     *Lindsey D. Smith*
> Kenneth B. Walton, BBO #562174
> Ken.Walton@lewisbrisbois.com
> Lindsey D. Smith, BBO #688614
> Lindsey.Smith@lewisbrisbois.com
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> One International Place, 3rd Floor
> Boston, MA 02110
> T: (857) 313-3950

Date: March 21, 2018       F: (857) 313-3951

## **CERTIFICATE OF SERVICE**

    I, Lindsey D. Smith, hereby certify that on this 21st day of March, 2018 I served a copy of this document via CM/ECF on all counsel of record.

                                      /s/   *Lindsey D. Smith*
                                      Lindsey D. Smith